# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2008

135021

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant,

v

RUDOLPH JEROME HORTON,
    Defendant-Appellee.

SC: 135021
COA: 268264
Kent CC: 04-009942-FC

_____/

On order of the Court, leave to appeal was granted, 480 Mich 987 (2007), and this case was placed on the April 2008 session calendar for argument and submission. It now appears to this Court that the case of *Melendez-Diaz v Massachusetts*, __ US __; 76 USLW 3496; 2008 US LEXIS 2537 (March 17, 2008), is pending before the United States Supreme Court and that the decision in that case may resolve an issue raised in the present case. We ORDER that this case be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2008

_____
Clerk

p0326